UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA, AUGUSTA DIVISION
CASE NO.: 1:22-CR-00053

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BRADLEY RYAN FEARNEYHOUGH | ) |

## **PRELIMINARY MOTION TO SEVER AND AUTHORITY THEREFORE**

COMES NOW Defendant, Bradley Ryan Fearneyhough, by and through his attorney Daniel Gregory Leopard and files this Preliminary Motion to Sever, pursuant to Fed.R.Crim.P. 12(b)(5), and shows as follows:

1. The Defendant has not yet had the benefit of discovery from the government or Jencks Act material.

2. Upon receipt of this material, the Defendant will be able to determine whether grounds exist to support this motion either as to improper joinder as a matter of law under Rule 8 of the Federal Rules of Criminal Procedure or prejudicial joinder under Rule 14 of the Federal Rules of Criminal Procedure.

3. The Defendant has filed this motion in present form so as to preserve his right to argue for severance of Defendants or counts in the indictment should legitimate grounds become known after the due date for filing pretrial motions.

WHEREFORE, the Defendant requests that the Court allow this motion to be amended and supplemented within a reasonable time after the receipt of discovery and/or Jencks Act material, should such material disclose legitimate grounds for severance.

Respectfully submitted June 23, 2022.

/S/Daniel Gregory Leopard
Daniel Gregory Leopard
Attorney for *Bradley Ryan Fearneyhough*
Georgia Bar No.: 446946
461 Greene Street
Augusta, GA 30901
(706)724-7511
(706)722-5354 (facsimile)

GLeopard@GreeneStreetLaw.Com