# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **1:22cr053**

United States of America

vs.

**Bradley Fearneyhough / 35**
**4:14 pm - 4:33 pm**

Defendant/Age

**Tara Lyons**
U. S. Attorney

**Greg Leopard**
Attorney for Defendant

☑ Plea agreement **(Received).**   ☑ Defendant Sworn   ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____ .

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **One** of the indictment.   **by proffer**

☑ Factual basis **Established.**  **Oral.**  **Plea Accepted**  Witness for factual basis _____ .

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **a later date** at _____ .

☐ Bond Continued     Bond modified to _____ .

  Bond set at _____

☑ Bond not made defendant in jail.

☑ Defendant remanded to custody of United States Marshal.

Honorable **J. Randal Hall, U. S. District Court Judge**     Date **October 17, 2022**

Court Reporter   **Lisa Davenport**     Probation Officer

Courtroom Deputy Clerk   **Lisa Widener**     U.S. Marshal